IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02371-REM-NRN

DAVID GORDON OPPENHEIMER,

Plaintiff,

v.

MARK T. EIBNER REAL ESTATE
d/b/a METRO BROKERS REALTY OASIS,
MARK THOMAS EIBNER
ALISON CHISM EIBNER

Defendants.

---

**ANSWER TO COMPLAINT FOR COPYRIGHT INFRINGEMENT AND AFFIRMATIVE DEFENSES**

---

COMES NOW the Defendant, Mark T. Eibner Real Estate d/b/a Metro Brokers Realty Oasis, by and through the undersigned, Julie J. Noonan of White and Steele, P.C., and for its Answer to Complaint for Copyright Infringement filed by Plaintiff David Gordon Oppenheimer, "Plaintiff") states the following:

**RESPONSE TO SUMMARY OF THE ACTION**

1. It is admitted that Plaintiff has asserted claims pursuant to the copyright laws of the United States, 17 U.S.C. §§ 106, et seq.

2. Defendant is without knowledge and information to form a belief as to the truth of the averments in paragraph 2 of the Complaint, and therefore denies the same.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.

**JURISDICTION AND VENUE**

7. It is admitted that Plaintiff has asserted claims pursuant to the copyright laws of the United States, 17 U.S.C. 501, et seq.

8. Admit that the Court generally has original subject matter jurisdiction over copyright claims pursuant to 17 U. S.C. § 501(a), as amended, but deny that there are any valid causes of action or copyrights at issue.

9. Admitted as to Defendant Mark T. Eibner Real Estate, d/b/a Metro Brokers Realty Oasis.

10. Defendant denies that it engaged in infringement in this district but otherwise admits that venue is proper.

**DEFENDANT**

11. Admitted.

12. Admitted.

13. Admitted.

**RESPONSE TO ALLEGATIONS RE THE COPYRIGHTED WORK AT ISSUE**

14. Defendant lacks sufficient information or belief regarding the allegations in Paragraph 14 Plaintiff's Complaint, and therefore denies same.

15. Defendant lacks sufficient information or belief regarding the allegations in Paragraph 15 Plaintiff's Complaint, and therefore denies same.

16. Defendant lacks sufficient information or belief regarding the allegations in Paragraph 16 Plaintiff's Complaint, and therefore denies same.

17. Defendant lacks sufficient information or belief regarding the allegations in Paragraph 17 Plaintiff's Complaint, and therefore denies same.

18. Defendant lacks sufficient information or belief regarding the allegations in Paragraph 18 Plaintiff's Complaint, and therefore denies same.

**INFRINGEMENT BY DEFENDANT**

19. Defendant lacks sufficient information or belief regarding the allegations in Paragraph 19 Plaintiff's Complaint, and therefore denies same.

20. Denied.

21. Defendant lacks sufficient information or belief regarding the allegations in Paragraph 21 Plaintiff's Complaint, and therefore denies same.

22. Denied.

23. Denied

24. Denied

25. The allegations contained in paragraph 25 of Plaintiff's complain are legal conclusions to which no response is required.

26. Defendant lacks sufficient information or belief regarding the allegations in Paragraph 26 Plaintiff's Complaint, and therefore denies same.

27. Denied.

28. Defendant never removed any copyright management information from the work.

29. Denied.

**COUNT I**
**RESPONSE TO CLAIM FOR COPYRIGHT INFRINGEMENT**

30. Defendant incorporates its responses to Paragraphs 1 – 19.

31. Defendant lacks sufficient information or belief regarding the allegations in Paragraph 31 Plaintiff's Complaint, and therefore denies same.

32. Defendant lacks sufficient information or belief regarding the allegations in Paragraph 32 Plaintiff's Complaint, and therefore denies same.

33. Denied.

34. Denied.

35. Denied

36. Denied.

37. Denied.

**COUNT II**
**REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION**

38. Defendant incorporates its responses to Paragraphs 1 – 37.

39. Defendant lacks sufficient information or belief regarding the allegations in Paragraph 39 Plaintiff's Complaint, and therefore denies same.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

## COUNT III

45. Defendant incorporates its responses to Paragraphs 1 – 44.

46. The allegations contained in paragraphs 46 – 49 of Plaintiff's Complaint are legal conclusions to which no response is required.

47. Defendant denies all allegations not specifically admitted.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which may be granted.

2. Plaintiff's Claims are barred by the applicable statute of limitations.

3. Plaintiff's claims are barred in whole or in part because Plaintiff's alleged copyright rights are invalid.

4. Plaintiff's claims are barred in whole or in part because Plaintiff's asserted registration is deficient.

5. Plaintiff's claims are barred by the doctrines of consent, waiver, estoppel and/or laches.

6. Plaintiff's claims are barred by the doctrine of fair use.

7. Plaintiff's claims are barred in whole or in part because Plaintiff has failed to properly mitigate any damages that it may have sustained.

8. Without admitting that that Plaintiff has stated a claim, Plaintiff has suffered no damages, in any amount or form, by reason of any act of Defendant.

9. Plaintiff has engaged in one or more acts that have misused its copyrights including but no limited to having wrongfully attempted to extend the scope of the limited monopoly granted by the Copyright Act.

10. Defendant reserves the right to assert additional affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Copyright Act, and/or Colorado common law, and any other defenses, at law or in equity, based on discovery and further factual investigation in this case.

WHEREFORE, Defendant, Mark T. Eibner Real Estate d/b/a Metro Brokers Realty Oasis, having fully answered Plaintiff's Complaint prays that Plaintiff's Complaint be dismissed with prejudice and that judgment be entered against Plaintiff and in favor of this Defendant, for costs including attorneys' fees, expert witness fees and for such other and further relief as the Court may deem just and proper.

**DEFENDANT HEREBY DEMANDS A TRIAL TO A JURY OF SIX PERSONS.**

Respectfully submitted this 21st day of November, 2022.

s/ Julie J. Noonan
Julie J. Noonan
White and Steele, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, CO 80202-5406
Telephone: 303-296-2828
Facsimile: 303-296-3131
Email: jnoonan@wsteele.com
Attorneys for Defendant Mark T. Eibner Real Estate d/b/a Metro Brokers Realty Oasis

CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, I electronically filed the foregoing, **ANSWER TO COMPLAINT FOR COPYRIGHT INFRINGEMENT AND AFFIRMATIVE DEFENSES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses and/or placed in the U.S. mail, postage prepaid, and/or sent via email addressed to the following:

Evan A. Andersen, Esq.
SRIPLAW, P.A.
3372 Peachtree Road, Suite 115
Atlanta, Georgia 30326
evan.andersen@sriplaw.com

s/ Dawn Ross
White and Steele, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, CO 80202-5406
Telephone: 303-296-2828
Facsimile: 303-296-3131